### HOLLEMAN v. STATE.
No. 23042.

Court of Criminal Appeals of Texas.

Jan. 31, 1945.

Rehearing Denied Feb. 28, 1945.

M. E. Gates, of Huntsville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for theft with the penalty assessed at two years in the penitentiary.

The proceedings are regular and the record is before us without statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.